# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| ROBERT GOSS, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 2:17-CV-0144 |
| Plaintiff, | CLASS ACTION COMPLAINT FOR VIOLATIONS OF |
| vs. | FEDERAL SECURITIES LAWS |
| ROADRUNNER TRANSPORTATION SYSTEMS, INC., MARK A. DIBLASI, and PETER R. ARMBRUSTER, | **JURY TRIAL DEMANDED** |
| Defendants. | |

(additional case captions continued on following page)

**MOTION OF BRYAN REIFSNYDER TO CONSOLIDATE RELATED ACTIONS, TO BE APPOINTED LEAD PLAINTIFF, AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | |
|---|---|
| ROBERT STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>ROADRUNNER TRANSPORTATION SYSTEMS, INC., MARK A. DIBLASI, and PETER R. ARMBRUSTER,<br><br>                              Defendants. | **CASE NO. 2:17-CV-0147**<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>**<u>JURY TRIAL DEMANDED</u>** |
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>ROADRUNNER TRANSPORTATION SYSTEMS, INC., MARK A. DIBLASI, and PETER R. ARMBRUSTER,<br><br>                              Defendants. | **CASE NO. 2:17-CV-0474**<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Bryan Reifsnyder ("Mr. Reifsnyder" or "Movant") respectfully moves this Court for an order: (1) to consolidate various related securities class actions[1] filed against Roadrunner Transportation Systems, Inc. ("Roadrunner" or the "Company") and other defendants; (2) appointing Mr. Reifsnyder as Lead Plaintiff in this action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§ 78j and 78t), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") (15 U.S.C. §§ 78u-4) and Securities and Exchange Commission (SEC") Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5); and (3) approving his selection of the law firm of Kahn Swick & Foti, LLC ("KSF"), as Lead Counsel for the Class.

Mr. Reifsnyder makes this Motion on the belief that he is the most "adequate plaintiff" as defined by the PSLRA because:

1. He has the largest financial interest in the relief sought by the Class; and
2. He satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

Mr. Reifsnyder further requests that the Court approve the selection of his counsel, KSF, as Lead Counsel for the Class. KSF is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, and is a firm with the resources to effectively and properly pursue this action.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum of Law and the Declaration of Kim E. Miller in Support of the Motion of Bryan Reifsnyder to Consolidate Related Actions, to Be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel submitted herewith, Mr. Reifsnyder respectfully requests that this

---

[1] The related securities class actions include *Goss v. Roadrunner Transportation Systems, Inc. et al.*, No. 17-CV-0144 (filed January 31, 2017) (the "*Goss* Complaint"), *Strougo v. Roadrunner Transportation Systems, Inc. et al.*, No. 17-CV-0147 (filed February 1, 2017) (the "*Strougo* Complaint"), and *Public Employees' Retirement System of Mississippi v. Roadrunner Transportation Systems, Inc. et al.*, No. 17-CV-0474 (filed March 31, 2017) (the "*MissPERS* Complaint").

Court: (1) Appoint Mr. Reifsnyder as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) approve Mr. Reifsnyder's selection of Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: April 3, 2017

Respectfully submitted,

*/s/ Anne M. Plichta*
Anne M. Plichta (SBN 1046849)
K. Scott Wagner (SBN 1004668)
**WAGNER LAW GROUP, S.C.**
839 North Jefferson Street, Suite 400
Milwaukee, WI 53202
Telephone: (414) 278-7000
Facsimile: (414) 278-7590
Email: amp@wagner-lawgroup.com
Email: ksw@wagner-lawgroup.com

*Local Counsel for Movant Bryan Reifsnyder*

Kim E. Miller
**KAHN SWICK & FOTI, LLC**
250 Park Ave., Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

Lewis Kahn
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com

*Counsel for Movant Bryan Reifsnyder and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicate as non-registered participants on April 3, 2017.

*/s/ Anne M. Plichta*
Anne M. Plichta