UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IN RE ROADRUNNER TRANSPORTATION SYSTEMS, INC. SECURITIES LITIGATION | Case No.: 17-cv-144<br><br>**CLASS ACTION** |

## JUDGMENT

**IT IS ORDERED** that this action and all the claims asserted against defendants by Lead Plaintiff and the other Settlement Class Members are hereby dismissed with prejudice. In compliance with Federal Rule of Civil Procedure 23(c)(3), the court identifies the class members as follows: all persons and entities that, during the period from March 14, 2013 to and through January 30, 2018, inclusive, (the "Class Period"), purchased or otherwise acquired shares of Roadrunner Transportation System, Inc.'s publicly traded common stock in the open market and were damaged thereby. Excluded from the Settlement Class are: Defendants, any entity in which any Defendant has or had a controlling interest, Roadrunner's, HCI Equity Partners, L.L.C.'s and/or HCI Equity Management, L.P.'s current or former employees, directors, parents, subsidiaries, divisions, affiliates, officers, managers, general or limited partners, control persons or entities, the immediate family members of defendants DiBlasi, Armbruster or Rued, any trust of which DiBlasi, Armbruster, or Rued is the settlor or which is for the benefit of a member of their immediate family, and the legal representatives, heirs, successors, or assigns of any such excluded person or entity.

Dated:  9/26/19  

STEPHEN C. DRIES
Clerk

 s/J Dreckmann 
(By) Deputy Clerk